# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  Eric L Pedersen ) Case no. 14-31499
 )
 ) Chapter 13
 )
 Debtor ) Judge:  Bruce W. Black
 )

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Eric L Pedersen
1120 Northside Dr
Shorewood, IL  60404

Sulaiman Law Group
900 Jorie Blvd #150
Oak Brook, IL 60523

Please take notice that on Friday, February 5, 2016 at 10:00 am, a representative of this office shall appear before the Honorable Judge Bruce W. Black at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Thursday, January 28, 2016.

/s/ Carrie ODonnell

For:  Glenn Stearns, Trustee

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on August 27, 2014.

2. The debtor plan was confirmed on October 24, 2014.

3. The debtor current plan payment is $484.00.

4. The last payment received from the debtor was February 17, 2015.

5. The accrued default under the plan is $1,132.59, which is the unaudited balance remaining on the plan as of the preparation of this motion.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/  Gerald Mylander

For:  Glenn Stearns, Trustee